```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 63851
   HAROLD JOHNSON
   DENISE JACKSON                               CHAPTER 13

                                                JUDGE: JACQUELINE P COX

            Debtor
   SSN XXX-XX-8621      SSN XXX-XX-2462

----------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
      The case was filed on 12/09/2005 and was confirmed 02/13/2006.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 02/11/2008.
----------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
----------------------------------------------------------------------
WELLS FARGO BANK NA        CURRENT MORTG         .00           .00           .00
WELLS FARGO BANK NA        MORTGAGE ARRE    8524.70            .00       8524.70
CODILIS & ASSOCIATES ^     NOTICE ONLY    NOT FILED            .00           .00
IL DEPT OF HUMAN SERVICE   UNSEC W/INTER  NOT FILED            .00           .00
RESURGENT CAPITAL SERVIC   UNSEC W/INTER     580.85            .00           .00
HOLY CROSS HOSPITAL        UNSEC W/INTER  NOT FILED            .00           .00
FINGERHUT                  UNSEC W/INTER  NOT FILED            .00           .00
ECAST SETTLEMENT CORP      UNSEC W/INTER    1920.94            .00           .00
SIR FINANCE                UNSEC W/INTER     816.00            .00           .00
MARSHALL FIELDS            UNSEC W/INTER  NOT FILED            .00           .00
SAMS CLUB                  UNSEC W/INTER  NOT FILED            .00           .00
BROTHER LOAN & FINANCE     UNSEC W/INTER     272.55            .00           .00
MIDLAND CREDIT MANAGEMEN   UNSEC W/INTER     783.33            .00           .00
PREMIER BANCARD CHARTER    UNSEC W/INTER     349.19            .00           .00
MARTIN J OHEARN            DEBTOR ATTY     1,750.00                      1,750.00
TOM VAUGHN                 TRUSTEE                                         597.30
DEBTOR REFUND              REFUND                                             .00

      Summary of Receipts and Disbursements:
----------------------------------------------------------------------
                  RECEIPTS              DISBURSEMENTS
----------------------------------------------------------------------
TRUSTEE                10,872.00

PRIORITY                                           .00
SECURED                                       8,524.70
UNSECURED                                          .00
ADMINISTRATIVE                                1,750.00
TRUSTEE COMPENSATION                            597.30
DEBTOR REFUND                                      .00
                       ---------------     ---------------
TOTALS                 10,872.00              10,872.00

                  PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 63851 HAROLD JOHNSON & DENISE JACKSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

                                                /s/ Tom Vaughn

Dated: 05/23/08                            _____
                                                TOM VAUGHN
                                                CHAPTER 13 TRUSTEE